UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERT WYATT, | ) | NO. CV 07-636-GHK(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| D.K. SISTO, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: 6/30, 2008.

GEORGE H. KING
UNITED STATES DISTRICT JUDGE